1

2

3

4                                  UNITED STATES DISTRICT COURT

5                                NORTHERN DISTRICT OF CALIFORNIA

6

7       KARL MINTER,
                                                      Case No.  15-cv-00470-VC
                    Plaintiff,
8
            v.
                                                      **ORDER DISMISSING CLAIMS WITH
9                                                     LEAVE TO AMEND**
        UNITED AIRLINES INC, et al.,
                                                      Re: Dkt. No. 20
10
                    Defendants.

11

12          The court issued an order to show cause why the plaintiff's claims relating to unposted

13      positions should not be dismissed for failure to state a claim.  After receiving briefs on this

14      question and holding a hearing, the court concludes that the complaint fails to state a claim for

15      race discrimination with respect to the unposted positions.  As the plaintiff concedes in his brief,

16      to prevail on a claim that he was denied an unposted position because of his race, he must show

17      that he "indicated to the employer" an interest in being promoted to a particular position, or to a

18      class of positions that includes that particular position.  Plaintiff's Response at 3 (quoting *Mauro v.*

19      *S. New England Telecomm., Inc.*, 208 F.3d 384 (2d Cir. 2000)).  *See also* Defendants' Response at

20      5 ("Where the promotions are not posted, there must be, at minimum, some factual allegations that

21      reflect an attempt to obtain an identifiable position, such as a clear expression of interest to the

22      decisionmaker.").  As explained in the order to show cause, and in the defendants' brief, and at the

23      hearing, the complaint does not do this.

24          Accordingly, the complaint is dismissed.  Although this is the Fifth Amended Complaint,

25      given the unusual procedural background of this case, the plaintiff will be given one more

26      opportunity to amend the complaint to sufficiently allege that the defendants discriminated against

27      him personally.  Any amended complaint must be filed by June 12, 2015.  A case management

28      conference will take place June 23, 2015 at 10:00 a.m.

United States District Court
Northern District of California

1          **IT IS SO ORDERED.**

2     Dated: May 22, 2015

3                                                    _____

4                                                    VINCE CHHABRIA
                                                     United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California