UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL MINTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED AIR LINES INC, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00470-VC<br><br>**ORDER SHORTENING TIME TO RESPOND**<br><br>Re: Dkt. No. 115 |

　　Any opposition to the plaintiff's administrative motion for a fourteen-day extension of time to file his opposition to the defendants' motion to dismiss or transfer venue must be received by noon on April 21, 2016.

　　**IT IS SO ORDERED.**

Dated: April 20, 2016

_____
VINCE CHHABRIA
United States District Judge