UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL MINTER,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED AIR LINES INC, et al.,<br><br>        Defendants. | Case No. 15-cv-00470-VC<br><br>**ORDER DENYING MOTION FOR EXTENSION, DIRECTING PLAINTIFF TO FILE RESPONSE**<br><br>Re: Dkt. No. 115 |

    For all the reasons stated in the defendant's opposition brief, the plaintiff's motion for an extension is denied. The plaintiff is ordered to file a response, by Monday, April 25, 2016 at noon, to the defendants' request for sanctions.

    **IT IS SO ORDERED.**

Dated: April 21, 2016

_____
VINCE CHHABRIA
United States District Judge